**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| Plaintiff, | ) |
| v. | ) Case No. 13 C 8985 |
| | ) (05 CR 254) |
| **HOSSEIN OBAEI,** | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

Hossein Obaei ("Obaei") has filed his response to this Court's December 19, 2013 memorandum order that had addressed Obaei's pro se motion under 28 U.S.C. § 2255. This Court directs counsel for the government to file a written response to the matters covered by Obaei's response to facilitate this Court's ability to deal with the issues. That governmental response is ordered to be made on or before May 16, 2014.

_____
Milton I. Shadur
Senior United States District Judge

Date: April 21, 2014