**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13 C 8985 |
| ) | (05 CR 254) |
| **HOSSEIN OBAEI,** ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Pro se defendant Hossein Obaei ("Obaei") has understandably brought attention to the United States' delinquency in having failed to comply with this Court's October 7, 2014 memorandum order, which concluded by ordering government counsel to address Obaei's original 28 U.S.C. § 2255 claims on or before November 10, 2014. Although this litigation has had a checkered history in many respects, this Court sees no justification for government counsel's having dropped the ball entirely by not responding to that directive. Accordingly this action is set for a brief hearing at 9:15 a.m. February 12, 2015, with the United States Attorney's Office to make arrangements for Obaei to participate in that hearing telephonically from FPC Terre Haute, where he is in custody.

_____
Milton I. Shadur
Senior United States District Judge

Date: February 6, 2015