# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13 C 8985 |
| ) | Criminal Case No. 05 CR 254 |
| HOSSEIN OBAEI, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

Hossein Obaei ("Obaei") has filed a self-prepared Motion for Reconsideration ("Motion") to challenge a portion of this Court's June 16, 2015 memorandum opinion and order ("Opinion") that had given careful consideration to, and had ultimately rejected, all nine of Obaei's original dozen grounds advanced in his 28 U.S.C. § 2255 motion. This time Obaei focuses on his Ground Four, although he adds a few related contentions as well.

Motions for reconsideration are not referred to as such in the Federal Rules of Civil Procedure, but they have always held a limited place in federal jurisprudence. Above the Belt, Inc. v. Mel Bohannan Roofing, Inc., 99 F.R.D. 99, 101 (E.D. Va. 1983), an opinion by the late District Judge Dortch Warriner often cited by this Court, explains that limited role -- and what Obaei has essayed here reflects nothing more than an ill-considered continued disagreement with a portion of this Court's rulings rather than any of the limited purposes so well articulated by the late Judge Warriner.

Simply put, what this Court said in Opinion at 4-5, and what the government's responsive memorandum referred to there had spelled out, are left unimpaired by the Motion. Hence any

reconsideration of the Opinion, as sought in Dkt. No. 42, is denied.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 15, 2015