# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 13 C 8985 |
| ) | Criminal Case No. 05 CR 254 |
| HOSSEIN OBAEI, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM ORDER

This Court's June 16, 2015 memorandum opinion and order ("Opinion"), after a careful review of each of the remaining nine grounds that pro se movant Hossein Obaei ("Obaei") had presented in his self-prepared 28 U.S.C § 2255 motion, concluded by denying the motion and terminating this action. Three weeks later Obaei filed a self-prepared Motion To Reconsider ("Motion") (Dkt. No. 42) that focused on Ground Four of those nine grounds, and that filing was rejected in a brief July 15 memorandum order because "what this Court said in Opinion at 4-5, and what the government's responsive memorandum referred to there had spelled out, are left unimpaired by the Motion." Now, nothing daunted, Obaei has tendered what he has labeled "Renewed Request for Consideration by the Court" (Dkt. No. 44), but it regrettably fares no better than his earlier efforts -- and for the same reasons that were set out and referred to in the Opinion. Accordingly his most recent request contained in Dkt. No. 44 is denied as well.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 25, 2015